Andrew E. Anselmi, Esq. (AA 1768)
**McCUSKER, ANSELMI, ROSEN,**
    **CARVELLI & WALSH, P.A.**
127 Main Street
Chatham, New Jersey 07928
(973) 635-6300
Attorneys for Plaintiffs,
Yantai North Andre Juice, Co., Ltd. and
Yantai North Andre Juice, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| YANTAI NORTH ANDRE JUICE CO., LTD. and YANTAI NORTH ANDRE JUICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARTHUR KUPPERMAN, PAULETTE KRELMAN, E. ROSS BROWNE, SR.; PGB INTERNATIONAL, f/k/a and/or a/k/a PITTRA G.B. INTERNATIONAL, f/k/a and/or a/k/a PITTRA-CAMERICAN f/k/a and/or a/k/a, PITTRA, INC., G.B INTERNATIONAL, XYZ CORPORATIONS 1-10, and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 05-1049 (WJM) <br><br> **ORDER GRANTING SUMMARY JUDGMENT DISMISSING COUNTERCLAIMS** |

    **THIS MATTER** having been brought before the court by McCusker, Anselmi, Rosen, Carvelli & Walsh, P.A. (Jonathan T.K. Cohen, Esq. appearing), attorneys for plaintiffs Yantai North Andre Juice, Inc. and Yantai North Andre Juice Co., Ltd., ("Yantai" or "plaintiffs"), on motion to dismiss defendants' counterclaims; said motion being on notice to William D'Annunzio, Esq.; the Court having considered the submissions of counsel and the arguments contained therein, and for good cause otherwise appearing;

IT IS ON THIS _____ DAY OF _____, 2005;

**ORDERED AND ADJUDGED** that the motion of plaintiffs Yantai North Andre Juice, Inc. and Yantai North Andre Juice Co., Ltd. to dismiss defendants' counterclaims is hereby granted in its entirety;

**AND IT IS FURTHER ORDERED** that judgment is hereby entered in favor of plaintiffs and against defendants, dismissing defendants' counterclaims with prejudice;

**AND IT IS FURTHER ORDERED** that judgment for attorney's fees is hereby entered in the amount of $_____.

**AND IT IS FURTHER ORDERED** that a copy of this Order shall be served on all counsel of record within seven (7) days of receipt hereof.

                                                  Honorable William J. Martini,
                                                United States District Judge