# MARCW
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

McCUSKER · ANSELMI
ROSEN · CARVELLI · WALSH

127 Main Street, Chatham, NJ 07928
Tel: 973.635.6300 · Fax: 973.635.6363
www.marcw.com

Andrew E. Anselmi
*Director*
Direct: 973.457.0116
Email: aanselmi@marcw.com

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

07 MAY 25 AM 11:07

JAMES J. WALDRON
BY: [signature]
DEPUTY CLERK

25 Sixth Avenue
New York, NY 10019
212.308.0070
Fax: 917.677.8978

98 East Water Street
Toms River, NJ 08753
732.914.9114
Fax: 732.914.8024

May 25, 2007

***Via Hand Delivery***
Honorable Morris Stern, U.S.B.J.
United States Bankruptcy Court
District of New Jersey
Dr. Martin L. King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

      Re: **Yantai North Andre Juice Co., Ltd., et al. v. Pittra G.B., et al.
Adv. Pro. No. 06-02718 (Civ. No.: 05-1049)**

Dear Judge Stern:

This office represents Yantai North Andre Juice Co., Ltd. and Yantai North Andre Juice Co. Inc. ("Yantai") in the above-captioned matter. Per the Order to Show Cause issued by Your Honor in the case on May 10, 2007 with a return date of May 29, 2007, and in light of the fact that Yantai's claims have been subsumed into the action being pursued by the Trustee on behalf of creditors in *Pittra G.B. International, Inc.*, Case No. 06-10889 (MS); *Benjamin A. Stanziale, Jr. v. Kupperman, et al*, Adv. Pro. No. 06-02702 (MS), Yantai has no objection at this point to the dismissal of the above-captioned adversary action.

Thank you for Your Honor's kind attention in this matter.

Respectfully submitted,

[signature]
Andrew E. Anselmi

AEA/cmm
cc: via email

| | | |
|---|---|---|
| James A. Scarpone, Esq. | Benjamin A. Stanziale, Jr., Esq. | Patricia A. Staiano, Esq. |
| George R. Hirsch, Esq. | John M. August, Esq. | A. Michael Covino, Esq. |
| Frederick B. Polak, Esq. | Vincent F. Papalia, Esq. | John P. Gleason, Esq. |