| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | **FILED**<br>JAMES _____ CLERK<br>MAY 29 2007<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br>PITTRA G.B. INTERNATIONAL, INC.<br><br>Debtor. | Case No.: 06-10889 MS<br><br>Hearing Date: May 29, 2007 |
| YANTAI NORTH ANDRE JUICE CO., LTD. AND YANTAI NORTH ANDRE JUICE, INC.,<br><br>Plaintiffs,<br>v.<br>ARTHUR KUPPERMAN, PAULETTE KRELMAN, E. ROSS BROWNE, SR., PGB INTERNATIONAL, et al<br><br>Defendants. | Adv. No.: 06-2718 MS<br><br>Judge: Morris Stern |

## ORDER DISMISSING AND CLOSING ADVERSARY PROCEEDING

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

Dated: 5/29/07

_____
Morris Stern
United States Bankruptcy Judge

Page 2
Debtor:              Pittra G.B. International, Inc.
Case No.:            06-10889 (Adv. Pro. No. 06-2718)
Caption of Order:    Order Dismissing and Closing Adversary Proceeding

---

Upon the motion of the court and pursuant to its Order to Show Cause returnable May 29, 2007, it is

ORDERED that the within adversary proceeding is hereby dismissed and closed for the following reason:

1.  ☐  Transfer to another district

2.  ☒  Dismissed for want of prosecution

3.  ☐  Dismissed, discontinued, settled or remanded

4.  ☐  Abstention

5.  ☐  Withdrawn by/referred to district judge

6.  ☐  Default judgment

7.  ☐  Consent

8.  ☐  Motion before trial

9.  ☐  Verdict

10. ☐  Directed verdict (jury trial)

11. ☐  Court trial - bench decision

12. ☐  Other