## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:  PITTRA G.B. International, Inc.
Debtor

                                                                         Case No.: 06–10889–MS
                                                                         Chapter 7

Yantai North Andre Juice Co., LTD and Yantai North
Andre Juice, INC
Plaintiff

v.

Arthur Kupperman
Defendant

Adv. Proc. No. 06–02718–MS                                Judge: Morris Stern

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on May 29, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 35
Order Dismissing and Closing Adversary Proceeding. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 5/29/2007 (wdh, )

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: May 29, 2007
JJW: wdh

                                                                         James J. Waldron
                                                                         Clerk